IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ACHARMU YAZAID CROSBY,

    Plaintiff,　　　　　　　　　No. CIV S-03-2634 LKK GGH P

  vs.

JEANNE S. WOODFORD, et al.,

    Defendants.　　　　　　　　ORDER
_____/

    Defendants' counsel has requested leave to file a late reply to plaintiff's opposition to defendants' motion to dismiss. Plaintiff's July 11, 2005 request is not made in accordance with the local rules in that the request does not include a proposed order emailed in wordprocessing format. In order for the court to consider defendants' counsel's request, counsel must comply with Local Rule 5-137(b).

    IT IS SO ORDERED.

Dated: 7/19/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
cros2634.ord