1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-6453
8    Fax: (916) 324-5205

9  Attorneys for Defendants Woodford and Perez
   48149286 SA2005102416
10

11                IN THE UNITED STATES DISTRICT COURT
12                FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 **ACHARMU YAZAID CROSBY,**           NO. CIV S-03-2634 LKK GGH P

16                         Plaintiff,   **ORDER GRANTING REQUEST FOR LEAVE TO FILE LATE REPLY**

17        v.

18 **ALAMEIDA, et al.,**

19                         Defendants.

20

21       The Court, having considered defendant's request for leave to file a late reply to

22 Plaintiff's opposition to motion to dismiss, and good cause having been found.

23       **IT IS HEREBY ORDERED**: Defendant reply shall be filed and considered by the

24 Court.

25 DATED: 7/20/05

26                                /s/ Gregory G. Hollows
                                  _____
27                                UNITED STATES MAGISTRATE JUDGE

28 cros2634.ord07

[Proposed] Order Granting Defendants' Request for Leave to File a Late Reply

1