BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 322-6453
  Facsimile: (916) 324-5205

Attorneys for Defendants Woodford and Perez
SA2005102416

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACHARMU YAZAID CROSBY,** | 2:03-CV-02634 LKK GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JOINDER** |
| v. | |
| **ALAMEIDA, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a response to Plaintiff's motion for joinder, and good cause having been found.

**IT IS HEREBY ORDERED**: Defendants' response to the motion for joinder shall be filed within twenty days of any order denying Defendants' motion to dismiss.

DATED: 1/6/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

CLP:tc
cros2634.po